David Bloch (SBN: 184530)
dbloch@winston.com
Andrew P. Bridges (SBN: 122761)
abridges@winston.com
Nicole M. Norris (SBN: 222785)
nnorris@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400

Attorneys for Plaintiff
DIOPTICS MEDICAL PRODUCTS, INC.

**E-FILING**

**ADR**

FILED *Fee Paid*

2008 JUL 23 P 3: 23

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

*51*

*14*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

**C 08    03538 PVT**

DIOPTICS MEDICAL PRODUCTS, INC., a California Corporation

    Plaintiff,

    vs.

IDEAVILLAGE PRODUCTS CORP., dba HD VISION, a New Jersey Corporation

    Defendant.

Case No.

**COMPLAINT FOR PATENT INFRINGEMENT**

**JURY TRIAL DEMANDED**

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

Plaintiff Dioptics Medical Products, Inc. ("Dioptics"), for its claims for relief herein against defendant IdeaVillage Products Corp. dba HD Vision ("IdeaVillage"), avers as follows:

### PARTIES

1.    Dioptics is a corporation organized and existing under the laws of the State of California with its principal place of business in San Luis Obispo, California.

2.    On information and belief, IdeaVillage Products Corp. dba HD Vision was and is a corporation organized and existing under the laws of the State of New Jersey with its principal place of business at 155 Route 46 W., 4th Floor, Wayne, New Jersey, 07470.

### JURISDICTION AND VENUE

3.    The Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a)

1

1  because this action arises under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.*

2      4.    Venue is proper in this federal district pursuant to 28 U.S.C. §§ 1391(b)-(c) and

3  1400(b) in that IdeaVillage has done business in California and in this judicial district, has

4  committed acts of infringement nationwide and in this judicial district, and continues to commit acts

5  of infringement nationwide and in this judicial district, entitling Dioptics to relief.

**INTRADISTRICT ASSIGNMENT**

7      5.    This is an Intellectual Property Action and shall therefore be assigned on a district-

8  wide basis in accordance with Local Rule 3-2(c).

**INFRINGEMENT OF U.S. DESIGN PATENT NO. D532,814**

10     6.    On November 28, 2006, United States Design Patent No. D532,814 (the "`814

11  patent") was duly and legally issued for an invention entitled "Eyeglasses."  Dioptics was assigned

12  the `814 patent and Dioptics continues to hold all rights and interest in the `814 patent.  Exhibit A is

13  a true and correct copy of the `814 patent.

14     7.    IdeaVillage has infringed and continues to infringe the `814 patent.  Its infringing acts

15  include, but are not limited to, the manufacture, use, sale, importation, and/or offer for sale of

16  infringing sunglasses and inducement of others to manufacture, use, sell, import, and/or offer to sell

17  such sunglasses, including but not limited to certain of IdeaVillage's HD Vision Wraparounds

18  sunglass products.  IdeaVillage is therefore liable for infringement of the `814 patent pursuant to 35

19  U.S.C. § 271.

20     8.    Dioptics is informed and believes that IdeaVillage has sold and/or made offers to sell

21  products infringing the `814 patent nationwide via the Internet and in this judicial district.

22     9.    IdeaVillage's infringement of Dioptics's exclusive rights under the `814 patent have

23  harmed and will continue to harm Dioptics, causing irreparable injury for which there is no adequate

24  remedy at law unless enjoined by this Court.

25     10.    Dioptics has complied with the requirements of 35 U.S.C. § 287 (a) and is entitled to

26  collect damages for infringement occurring prior to suit with respect to the `814 patent.

27     11.    Upon information and belief, IdeaVillage's infringing products were directly or

28  indirectly copied from Dioptics products bearing the `814 patent's mark.  Thus, on information and

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

2

COMPLAINT FOR PATENT INFRINGEMENT

1   belief, IdeaVillage's infringement of the '814 patent is willful and deliberate, entitling Dioptics to

2   attorney's fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

3                    **INFRINGEMENT OF U.S. DESIGN PATENT NO. D434,789**

4          12.    On December 5, 2000, United States Design Patent No. D434,789 (the "'789 patent")

5   was duly and legally issued for an invention entitled "Eyeglasses." Dioptics was assigned the '789

6   patent and Dioptics continues to hold all rights and interest in the '789 patent. Exhibit B is a true

7   and correct copy of the '789 patent.

8          13.    IdeaVillage has infringed and continues to infringe the '789 patent. Its infringing acts

9   include, but are not limited to, the manufacture, use, sale, importation, and/or offer for sale of

10  infringing sunglasses and inducement of others to manufacture, use, sell, import, and/or offer to sell

11  such sunglasses, including but not limited to certain of IdeaVillage's HD Night Vision Wraparounds

12  sunglass products. IdeaVillage is therefore liable for infringement of the '789 patent pursuant to 35

13  U.S.C. § 271.

14         14.    Dioptics is informed and believes that IdeaVillage has sold and/or made offers to sell

15  products infringing the '789 patent nationwide via the Internet and in this judicial district.

16         15.    IdeaVillage's infringement of Dioptics's exclusive rights under the '789 patent have

17  harmed and will continue to harm Dioptics, causing irreparable injury for which there is no adequate

18  remedy at law unless enjoined by this Court.

19         16.    Dioptics has complied with the requirements of 35 U.S.C. § 287 (a) and is entitled to

20  collect damages for infringement occurring prior to suit with respect to the '789 patent.

21         17.    On information and belief, IdeaVillage's infringing products were directly or

22  indirectly copied from Dioptics products bearing the '789 patent's mark. Thus, on information and

23  belief, IdeaVillage's infringement of the '789 patent is willful and deliberate, entitling Dioptics to

24  attorney's fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

25                              **PRAYER FOR RELIEF**

26         WHEREFORE, Plaintiff Dioptics Medical Products, Inc. requests entry of judgment in its

27  favor and against IdeaVillage as follows:

28         a.     Declaring that IdeaVillage has infringed U.S. Design Patent Nos. D532,814 and

SF:211156.1

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1  D434,789;

2      b.    Preliminarily and permanently enjoining IdeaVillage, its officers, agents, employees,

3  and those acting in privity with them, from further infringement, contributory infringement and/or

4  inducing the infringement of .S. Design Patent Nos. D532,814 and D434,789;

5      c.    Awarding all profits pursuant to 35 U.S.C. § 289 for the design patents in suit,

6  damages (including punitive damages) according to proof pursuant to 35 U.S.C. § 284, and treble

7  damages and attorneys' fees pursuant to 35 U.S.C. § 285 or as otherwise permitted by law for all

8  patents in suit; and

9      d.    Granting other such costs and further relief as the Court may deem just and proper.

10

11  Dated:  July 23, 2008                           Winston & Strawn

12

13                                          By: _____

                                                David S. Bloch
14                                              Andrew P. Bridges
                                                Nicole M. Norris
15                                              Attorneys for Plaintiff
                                                DIOPTICS MEDICAL PRODUCTS, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR PATENT INFRINGEMENT

SF:211156.1

%JS 44 (Rev. 12/07) (cand rev 1-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
Dioptics Medical Products, Inc.

## DEFENDANTS
IDEAVILLAGE PRODUCTS CORP., dba HD VISION

**(b)** County of Residence of First Listed Plaintiff San Luis Obispo County, CA

*(EXCEPT IN U.S. PLAINTIFF CASES)*

*E-FILING*

County of Residence of First Listed Defendant Passaic County, New Jersey
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
David S. Bloch
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111

Attorneys (If Known)
Anand V. Khubani
21 Law Drive
Fairfield, NJ 07004

*ADR*

*C08 03538 PVT*

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury — Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury — Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | **PERSONAL PROPERTY** | [ ] 650 Airline Regs. | [X] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 690 Other | | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise | | | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | **Habeas Corpus:** | [ ] 791 Empl. Ret. Inc. Security Act | | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | | **FEDERAL TAX SUITS** | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities— Employment | [ ] 540 Mandamus & Other | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities— Other | [ ] 550 Civil Rights | [ ] 462 Naturalization Application | | |
| | [ ] 440 Other Civil Rights | [ ] 555 Prison Condition | [ ] 463 Habeas Corpus – Alien Detainee | | [ ] 950 Constitutionality of State Statutes |
| | | | [ ] 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. §271
Brief description of cause:
Patent infringement

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)
- [ ] SAN FRANCISCO/OAKLAND
- [X] SAN JOSE

DATE
July 23, 2008

SIGNATURE OF ATTORNEY OF RECORD

American LegalNet, Inc.
www.FormsWorkflow.com