AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

DIOPTICS MEDICAL PRODUCTS, INC., a
California corporation,
          Plaintiff
          v.
IDEA VILLAGE PRODUCTS CORP., dba HD
VISION, a New Jersey corporation
          Defendant

)
)
) Civil Action No.
)
) **C08 03538**
)
)

*E-FILING*  *ADR*  *PVT*

**Summons in a Civil Action**

To: *(Defendant's name and address)*
IDEAVILLAGE PRODUCTS CORP., dba HD VISION
155 Route 46 West, 4th Floor
Wayne, New Jersey 07470
Attention: Anand V. Khubani

and:
Anand V. Khubani
21 Law Drive
Fairfield, NJ 07004

A lawsuit has been filed against you.

      Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

David S. Bloch
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111
Phone: 415-591-1000
Fax: 415-591-1400

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court
Tiffany Salinas-Harwell

JUL 2 3 2008
Date: _____

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 04/08) Civil Summons

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ , _____
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____
_____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: _____

        _____
        Server's signature

        _____
        Printed name and title

        _____
        Server's address

American LegalNet, Inc.
www.FormsWorkflow.com