AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

*E-FILING*

DIOPTICS MEDICAL PRODUCTS, INC., a California corporation,
    Plaintiff
v.
IDEA VILLAGE PRODUCTS CORP., dba HD VISION, a New Jersey corporation
    Defendant

)
)  ADR
)
)
)

Civil Action: C08 03538 PVT

## Summons in a Civil Action

To: *(Defendant's name and address)*
IDEAVILLAGE PRODUCTS CORP., dba HD VISION
155 Route 46 West, 4th Floor
Wayne, New Jersey 07470
Attention: Anand V. Khubani

and:
Anand V. Khubani
~~21 Law Drive~~
~~Fairfield, NJ 07004~~

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

David S. Bloch
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111
Phone: 415-591-1000
Fax: 415-591-1400

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUL 2 3 2008

Richard W. Wieking
Name of clerk of court

*Tiffany Salinas-Harwell*

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **July 28th 2008 at 11:15 AM** by:

(1) personally delivering a copy of each to the individual at this place, _155 RT 46 W. Wayne, NJ 07470, on Anand V. Khubani_ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: _7-28-08_

_Michael Melillo Sr._
Server's signature

_Michael Melillo Sr._
Printed name and title

_47 Bloomfield Ave._
_Caldwell, N.J. 07006_
Server's address

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

DIOPTICS MEDICAL PRODUCTS, INC., a
California corporation,

    Plaintiff

v.

IDEA VILLAGE PRODUCTS CORP., dba HD
VISION, a New Jersey corporation

    Defendant

Civil Action No. C08 03538 PVT

**Summons in a Civil Action**

To: *(Defendant's name and address)*
IDEAVILLAGE PRODUCTS CORP., dba HD VISION
155 Route 46 West, 4th Floor
Wayne, New Jersey 07470
Attention: Anand V. Khubani

and:
Anand V. Khubani
21 Law Drive
Fairfield, NJ 07004

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

David S. Bloch
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111
Phone: 415-591-1000
Fax: 415-591-1400

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUL 2 3 2008

Richard W. Wieking
Name of clerk of court

Tiffany Salinas-Harwell

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on July 28th 2008 by:

(1) personally delivering a copy of each to the individual at this place, 155 RT 46 W Wayne, NJ 07470, Idea Village Products Corp; or D/B/A HD Vision, Accepted By Anand V. Khubani

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: 7-28-08

_Michael Melillo Jr._
Server's signature

Michael Melillo Sr.
Printed name and title

47 Bloomfield Ave.
Caldwell, NJ. 07006
Server's address

American LegalNet, Inc.
www.FormsWorkflow.com