1  David Bloch (SBN: 184530)
   dbloch@winston.com
2  Andrew P. Bridges (SBN: 122761)
   abridges@winston.com
3  Nicole M. Norris (SBN: 222785)
   nnorris@winston.com
4  WINSTON & STRAWN LLP
   101 California Street
5  San Francisco, CA 94111-5894
   Telephone:   415-591-1000
6  Facsimile:   415-591-1400

7  Attorneys for Plaintiff
   DIOPTICS MEDICAL PRODUCTS, INC.
8

9                **UNITED STATES DISTRICT COURT**

10               **NORTHERN DISTRICT OF CALIFORNIA**

11

12 DIOPTICS MEDICAL PRODUCTS, INC., a   )   **Case No. CV 08-3538 (PVT)**
   California Corporation               )
                                        )   **STIPULATED EXTENSION OF TIME TO**
13           Plaintiff,                 )   **ANSWER**
                                        )
14    vs.                               )
                                        )
15 IDEAVILLAGE PRODUCTS CORP., dba HD   )
   VISION, a New Jersey Corporation     )
16                                      )
             Defendant.                 )
17                                      )

18

19              **STIPULATED EXTENSION OF TIME TO ANSWER**

20    WHEREAS, Defendants IDEAVILLAGE PRODUCTS CORP., dba HD VISION, a New

21 Jersey Corporation, requested from Plaintiff DIOPTICS MEDICAL PRODUCTS, INC., a California

22 Corporation a thirty (30) day extension of time to Answer or otherwise respond to the Complaint

23 served on July 28, 2008;

24    WHEREAS, Plaintiff agreed to grant Defendants such extension;

25

26

27

28
                                    1
                   STIPULATED EXTENSION OF TIME TO ANSWER
                                CV 08-3538
SF:213840.1

1    IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiff
and Defendant, that Defendant's answer to Plaintiff's Complaint shall be due on or before September 17, 2008.

Dated: August 21, 2008                    WINSTON & STRAWN

                                          By:  /s/ David S. Bloch
                                               David S. Bloch
                                               Andrew P. Bridges
                                               Nicole M. Norris
                                               Attorneys for Plaintiff
                                               DIOPTICS MEDICAL PRODUCTS, INC.

Dated: August 21, 2008                    EPSTEIN DRANGEL BAZERMAN & JAMES, LLP

                                          By:  /s/ Jason M. Drangel
                                               Jason M. Drangel
                                               Attorneys for Defendant
                                               IDEAVILLAGE PRODUCTS CORP., dba
                                               HD VISION.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____    By: _____
                                         Hon. Patricia V. Trumbull
                                         United States District Court
                                         Northern District of California

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

## **GENERAL ORDER 45 ATTESTATION**

I, David S. Bloch, am the ECF User whose ID and password was used to file this Stipulation to Extend Time to Answer.  In compliance with General Order 45, X.B., I hereby attest that Jason M. Drangel, counsel for Defendant IDEAVILLAGE PRODUCTS CORP., dba HD VISION concurred in this filing.

Dated:  August 21, 2008                             By:     /s/ David S. Bloch
                                                                        David S. Bloch
                                                                        Andrew P. Bridges
                                                                        Nicole M. Norris
                                                                        Attorneys for Plaintiff
                                                                        DIOPTICS MEDICAL PRODUCTS, INC.