David Bloch (SBN: 184530)
dbloch@winston.com
Andrew P. Bridges (SBN: 122761)
abridges@winston.com
Nicole M. Norris (SBN: 222785)
nnorris@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:     415-591-1000
Facsimile:     415-591-1400

Attorneys for Plaintiff
DIOPTICS MEDICAL PRODUCTS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

DIOPTICS MEDICAL PRODUCTS, INC., a
California Corporation

    Plaintiff,

  vs.

IDEAVILLAGE PRODUCTS CORP., dba HD
VISION, a New Jersey Corporation

    Defendant.

**Case No. CV 08-3538 (PVT)**

**STIPULATED EXTENSION OF TIME TO
ANSWER AND ~~PROPOSED~~ ORDER**

**STIPULATED EXTENSION OF TIME TO ANSWER**

  WHEREAS, Defendant IDEAVILLAGE PRODUCTS CORP., dba HD VISION, a New

Jersey Corporation, requested from Plaintiff DIOPTICS MEDICAL PRODUCTS, INC., a California

Corporation a further thirty (30) day extension of time to Answer or otherwise respond to the

Complaint served on July 28, 2008;

  WHEREAS, Plaintiff agreed to grant Defendant such extension, granting Defendant until

September 17, 2008 to Answer or otherwise respond to the Complaint;

  WHEREAS, prior to September 17, 2008 Defendant requested from Plaintiff an additional

thirty (30) day extension of time to Answer or otherwise respond to the Complaint;

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1

1    WHEREAS, Plaintiff again agreed to grant Defendant such extension, granting Defendant

2    until October 17, 2008 to Answer or otherwise respond to the Complaint;

3    WHEREAS, the parties are currently engaged in settlement discussions and have again

4    agreed to extend the Defendant's time to Answer or otherwise respond to the Complaint by an

5    additional thirty (30) days;

6    IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiff

7    and Defendant, that Defendant's answer to Plaintiff's Complaint shall be due on or before November

8    17, 2008.

9

10   Dated:  October 13, 2008                    WINSTON & STRAWN

11

12                                               By: ___/s/ David S. Bloch_____
                                                     David S. Bloch
13                                                   Andrew P. Bridges
                                                     Nicole M. Norris
14                                                   Attorneys for Plaintiff
                                                     DIOPTICS MEDICAL PRODUCTS, INC.
15

16   Dated:  October 13, 2008                    EPSTEIN DRANGEL BAZERMAN & JAMES, LLP

17

18                                               By: ___/s/ Jason M. Drangel_____
                                                     Jason M. Drangel
18                                                   Attorneys for Defendant
                                                     IDEAVILLAGE PRODUCTS CORP., dba
19                                                   HD VISION.

20

21   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22   Dated:  _____10/14/08_____        By: _Patricia V. Trumbull_
                                                Hon. Patricia V. Trumbull
23                                              United States District Court
                                                Northern District of California
24

25

26

27

28

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

STIPULATED EXTENSION OF TIME TO ANSWER AND PROPOSED ORDER
CV 08-3538

SF:218563.1