David Bloch (SBN: 184530)
dbloch@winston.com
Andrew P. Bridges (SBN: 122761)
abridges@winston.com
Nicole M. Norris (SBN: 222785)
nnorris@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:     415-591-1000
Facsimile:      415-591-1400

Attorneys for Plaintiff
DIOPTICS MEDICAL PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIOPTICS MEDICAL PRODUCTS, INC., a California Corporation,<br><br>           Plaintiff,<br><br>      vs.<br><br>IDEAVILLAGE PRODUCTS CORP., dba HD VISION, a New Jersey Corporation<br><br>           Defendant. | Case No. CV 08-3538 (PVT)<br><br>**STIPULATED EXTENSION OF TIME TO ANSWER; REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ~~PROPOSED~~ ORDER** |

## STIPULATED EXTENSION OF TIME TO ANSWER

WHEREAS, Defendant IDEAVILLAGE PRODUCTS CORP., dba HD VISION, a New Jersey Corporation, requested from Plaintiff DIOPTICS MEDICAL PRODUCTS, INC., a California Corporation a further thirty (30) day extension of time to Answer or otherwise respond to the Complaint served on July 28, 2008;

WHEREAS, Plaintiff agreed to grant Defendant such extension, granting Defendant until September 17, 2008 to Answer or otherwise respond to the Complaint;

WHEREAS, prior to September 17, 2008 Defendant requested from Plaintiff an additional thirty (30) day extension of time to Answer or otherwise respond to the Complaint;

1    WHEREAS, Plaintiff again agreed to grant Defendant such extension, granting Defendant
2  until October 17, 2008 to Answer or otherwise respond to the Complaint;

3    WHEREAS, prior to October 17, 2008 Defendant requested from Plaintiff an additional
4  thirty (30) day extension of time to Answer or otherwise respond to the Complaint;

5    WHEREAS, Plaintiff again agreed to grant Defendant such extension, granting Defendant
6  until November 17, 2008 to Answer or otherwise respond to the Complaint;

7    WHEREAS, prior to November 17, 2008 Defendant again requested from Plaintiff an
8  additional thirty (30) day extension of time to Answer or otherwise respond to the Complaint;

9    WHEREAS, the parties still are currently engaged in mutual settlement discussions and
10 Plaintiffs have again agreed to extend the Defendant's time to Answer or otherwise respond to the
11 Complaint by an additional thirty (30) days;

12   WHEREAS, Plaintiff has undergone a recent change in ownership structure whereby it may
13 or may not retain the right to sue for infringement of the patents in suit; Plaintiff is currently
14 determining the implications of such transaction;

15   IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiff
16 and Defendant, that Defendant's answer to Plaintiff's Complaint shall be due on or before December
17 17, 2008.

18   /////
19   /////

2

STIPULATED EXTENSION OF TIME TO ANSWER; REQUEST TO CONTINUE CASE MANAGEMENT
CONFERENCE; AND PROPOSED ORDER
CV 08-3538

SF:221005.2

|  |  |
|---|---|
| Dated: November 13, 2008 | WINSTON & STRAWN |

By: ___/s/ David S. Bloch_____
David S. Bloch
Andrew P. Bridges
Nicole M. Norris
Attorneys for Plaintiff
DIOPTICS MEDICAL PRODUCTS, INC.

Dated: November 13, 2008                    EPSTEIN DRANGEL BAZERMAN & JAMES, LLP

By: ___/s/ Jason M. Drangel_____
Jason M. Drangel
Attorneys for Defendant
IDEAVILLAGE PRODUCTS CORP., dba HD VISION.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____11/13/08_____   By: _[signature]_
Hon. Patricia V. Trumbull
United States District Court
Northern District of California

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

3
STIPULATED EXTENSION OF TIME TO ANSWER; REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; AND PROPOSED ORDER
CV 08-3538

SF:221005.2