David Bloch (SBN: 184530)
dbloch@winston.com
Andrew P. Bridges (SBN: 122761)
abridges@winston.com
Nicole M. Norris (SBN: 222785)
nnorris@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:     415-591-1000
Facsimile:     415-591-1400

Attorneys for Plaintiff
DIOPTICS MEDICAL PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIOPTICS MEDICAL PRODUCTS, INC., a California Corporation,<br><br>         Plaintiff,<br><br>     vs.<br><br>IDEAVILLAGE PRODUCTS CORP., dba HD VISION, a New Jersey Corporation<br><br>         Defendant. | Case No. CV 08-3538 (PVT)<br><br>ORDER ON<br>**STIPULATED EXTENSION OF TIME TO ANSWER** |

## STIPULATED EXTENSION OF TIME TO ANSWER

WHEREAS, Defendant IDEAVILLAGE PRODUCTS CORP., dba HD VISION, a New Jersey Corporation, requested from Plaintiff DIOPTICS MEDICAL PRODUCTS, INC., a California Corporation a further thirty (30) day extension of time to Answer or otherwise respond to the Complaint served on July 28, 2008;

WHEREAS, the parties still are currently engaged in mutual settlement discussions, have exchanged draft settlement agreements, and Plaintiff has again agreed to extend the Defendant's time to Answer or otherwise respond to the Complaint by an additional thirty (30) days;

WHEREAS, Plaintiff agreed to grant Defendant such extension, granting Defendant until

1  January 16, 2009, to Answer or otherwise respond to the Complaint;

2      WHEREAS, Plaintiff has recently been sold to FGXi, and as part of this transaction one of

3  the patents in suit has been transferred to non-party Live Eyewear, which now must evaluate how to

4  proceed with respect to the transferred patent;

5      IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiff

6  and Defendant, that Defendant's answer to Plaintiff's Complaint shall be due on or before January

7  16, 2008.

9  Dated:  December 11, 2008           WINSTON & STRAWN

11     By:  ___/s/ David S. Bloch_____
    David S. Bloch
    Andrew P. Bridges
    Nicole M. Norris
    Attorneys for Plaintiff
    DIOPTICS MEDICAL PRODUCTS, INC.

15 Dated:  December 11, 2008           EPSTEIN DRANGEL BAZERMAN & JAMES, LLP

16     By:  ___/s/ Jason M. Drangel_____
    Jason M. Drangel
    Attorneys for Defendant
    IDEAVILLAGE PRODUCTS CORP., dba HD VISION.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  _____12/15/08_____  By:  *Patricia V. Trumbull*
    Hon. Patricia V. Trumbull
    United States District Court
    Northern District of California

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5894