UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIOPTICS MEDICAL PRODUCTS, INC., et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>IDEA VILLAGE PRODUCTS CORP., dba HD VISION,<br><br>　　　　　　　Defendant. | Case No.: CV 08-03538 (PVT)<br><br>**CASE MANAGEMENT CONFERENCE ORDER** |

　　　　On February 24, 2009, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

　　　　IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Joint Case Management Conference Statement and Rule 26(F) Report (docket no. 42).

　　　　IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

　　　　IT IS FURTHER ORDERED that the parties shall serve their respective Rule 26(a)(1) initial disclosures no later than April 3, 2009.

　　　　IT IS FURTHER ORDERED that the following modifications are made to the presumptive

limits on discovery set forth in the Federal Rules of Civil Procedure:

 (a) Twenty-five (25) interrogatories per party;

 (b) Twenty-five (25) requests for admission under Rule 36 per party, excluding requests for admission for the authentication of documents and things (which may be unlimited in number);

 (c) Unlimited requests for production of documents and things under Rule 34, or other requests not otherwise provided for in this Joint Case Management Statement;

 (d) Unlimited subpoenas to third parties under Rule 45, however depositions of third parties (excluding experts) will count against the deposition cap set forth below;

 (e) Seven (7) depositions per party, including third party and Rule 30(b)(6) depositions, but excluding expert depositions; and

 (f) One (1) deposition per each expert.

IT IS FURTHER ORDERED that the parties shall participate in court-sponsored mediation, to be completed by June 30, 2009. The parties shall promptly contact the court's ADR department to make the appropriate arrangements.

IT IS FURTHER ORDERED that the remainder of the Case Management Conference is continued to 2:00 p.m. on July 14, 2009.

Dated: *2/26/09*

              *Patricia V. Trumbull*
              PATRICIA V. TRUMBULL
              United States Magistrate Judge