Roger A. Colaizzi (*pro hac vice*)
James R. Burdett (*pro hac vice*)
Venable LLP
575 7th Street NW
Washington DC  20004-1601
Phone: (202) 344-8051
Fax: (202) 344-8300
Email: racolaizzi@venable.com
       jrburdett@venable.com

Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:   (408) 998-1473
Email: dmount@mount.com
       dfingerman@mount.com

Attorneys for Ideavillage Products Corp.

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| Dioptics Medical Products Inc., | Case No. 5:08-cv-03538 (PVT) |
| Plaintiff, | **Stipulation and [Proposed] Order Concerning Briefing on Discovery Motion** |
| vs. | Date:  July 28, 2009 |
| Ideavillage Products Corp., | Time:  10:00 a.m. |
| Defendant. | Court: Courtroom 5 |
| | Judge: Magistrate Judge Patricia V. Trumbull |

The parties hereby stipulate and agree and request that the court order as follows:

1. On June 22, 2009, Plaintiff Dioptics Medical Products, Inc. ("Dioptics") filed a motion entitled Motion To Compel Defendant's Compliance With Discovery Obligations (Docket No. 60). The hearing on that motion is currently set for July 28, 2009 at 10:00 a.m.

2. On June 23, 2009 Plaintiff Live Eyewear moved to join in Dioptics' Motion to Compel.

3.   On July 6, 2009 Defendant IdeaVillage Products Inc. ("IdeaVillage") contacted counsel for Dioptics seeking an extension of time to file its opposition to Dioptics' Motion to Compel.

4.   Counsel for Dioptics agreed that IdeaVillage could have until Friday, July 10, 2009 to file its opposition, if any, to the Motion.

5.   The parties here fore agree to adjust the briefing schedule on the above-referenced motion and request that the court enter an order adjusting the briefing schedule as follows:

   a.   Ideavillage's response to the motion will be due on Friday, July 10, 2009.

   b.   The moving parties' reply briefs will be due on Tuesday, July 14, 2009.

6.   With the requested changes to the briefing schedule, briefing will be complete on Tuesday, July 14, 2009. This date is 14 days before the July 28 hearing on the motion — the same date when briefing would normally be completed under Civil L.R. 7-3.

It is so stipulated:

Dated: July 8, 2009                      Mount & Stoelker, P.C.
                                          /s/ Daniel S. Mount
                                    Attorneys for Ideavillage Products Corp.

Dated: July 8, 2009                      Winston & Straun LLP
                                          /s/ Nicole M. Norris
                                    Attorneys for Dioptics Medical Products Inc.

Dated: July 8, 2009                      Alston & Bird LLP
                                          /s/ Theresa Conduah
                                    Attorneys for Live Eyewear Inc.

As the attorney electronically filing this document, I attest that the above-named signatories have concurred in this filing.

Dated: July 8, 2009                      Mount & Stoelker, P.C.
                                          /s/ Daniel S. Mount
                                    Attorneys for Ideavillage Products Corp.

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

1  Pursuant to stipulation, and for good cause, IT IS SO ORDERED.

2  Dated: ___7/9/09_____    _____*Patricia V. Trumbull*_____
3                                              U.S. MAGISTRATE JUDGE