1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                                SAN JOSE DIVISION

11

12   DIOPTICS MEDICAL PRODUCTS, INC., )          Case No.: CV 08-03538 (PVT)
     et al.,                          )
13                                    )          **FURTHER CASE MANAGEMENT**
                      Plaintiffs,     )          **CONFERENCE ORDER**
14                                    )
           v.                         )
15                                    )
     IDEA VILLAGE PRODUCTS CORP., dba )
16   HD VISION,                       )
                                      )
17                    Defendant.      )
     _____)
18

19          On July 14, 2009, the parties appeared before Magistrate Judge Patricia V. Trumbull for a

20   further Case Management Conference.  Based on the parties' Joint Case Management Statement, and

21   the discussions held at the Case Management Conference,

22          IT IS HEREBY ORDERED that

23          IT IS FURTHER ORDERED that the following schedule shall apply to this case:

24   Close of Claims Construction Discovery.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  8/3/09

25   Opening Claim Construction Brief. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  8/18/09

26   Responsive Claim Construction Brief. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  9/1/09

27   Reply Claim Construction Brief. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  9/8/09

28   Claim Construction Hearing. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10:00 a.m. on 9/22/09

1    Fact Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12/4/09

2    Designation of Experts with Reports. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1/15/10

3    Designation of Rebuttal Experts with Reports.. . . . . . . . . . . . . . . . . . . . . . . . . . . 2/12/10

4    Expert Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3/12/10

5    Deadline(s) for Filing Discovery Motions. . . . . . . . . . . . . . . . . . . *See* Civil Local Rule 26-2

6    Last Day to file Dispositive Motion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4/16/10

7    Last Day for Dispositive Motion Hearing .. . . . . . . . . . . . . . . . . . . . 10:00 a.m. on 5/25/10

8    Final Pretrial Conference. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on 6/15/10

9    Jury Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:00 a.m. on 7/12/10

10    IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for

11    Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull (Rev.

12    June 2008), a copy of which is available from the clerk of the court,[1] with regard to the timing and

13    content of the Joint Pretrial Statement, and all other pretrial submissions.

14    Dated: *7/16/09*

15    *Patricia V. Trumbull*
         PATRICIA V. TRUMBULL
16    United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27    [1]    A copy of Judge Trumbull's standing order is also available on the court's website at
28    www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then
         on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge
         Trumbull's General Order for all purposes 06/10/08."