UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIOPTICS MEDICAL PRODUCTS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> IDEAVILLAGE PRODUCTS CORP., dba HD VISION, <br><br> Defendant. | Case No.: CV 08-03538 PVT <br><br> **ORDER TO DEFENDANT IDEAVILLAGE TO SHOW CAUSE WHY PLAINTIFFS' REQUESTS TO FILE UNDER SEAL DOCUMENTS DEFENDANT DESIGNATED CONFIDENTIAL SHOULD NOT BE DENIED** |

On June 23, 2009 and July 13, 2009, Plaintiffs filed requests to file under seal materials that Defendant IdeaVillage Products Corp. ("IdeaVillage") had designated "Highly Confidential—attorney's Eyes Only" and "Confidential." Pursuant to this court's Civil Local Rule 79-5, within 5 days after a party files a request to file under seal materials designated confidential by another party, "the designating party must file with the Court and serve a declaration establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality." IdeaVilliage has neither filed a supporting declaration, nor withdrawn the designations of confidentiality. Therefore,

IT IS HEREBY ORDERED that, no later than August 6, 2009, IdeaVilliage shall file a declaration showing cause, if any, why Plaintiffs requests to file under seal should not be denied, and

ORDER, *page 1*

1  the documents IdeaVilliage designated "Highly Confidential—attorney's Eyes Only" and/or
2  "Confidential" be filed in the court's public file.
3  Dated: *7/28/09*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge