UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIOPTICS MEDICAL PRODUCTS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> IDEAVILLAGE PRODUCTS CORP., dba HD VISION, <br><br> Defendant. | Case No.: CV 08-03538 PVT <br><br> **ORDER VACATING PRETRIAL AND TRIAL DATES, SETTING DEADLINE FOR PLAINTIFFS TO SERVE ANAND KHUBANI WITH SECOND AMENDED COMPLAINT AND SCHEDULING FURTHER CASE MANAGEMENT CONFERENCE; AND** <br><br> **ORDER DENYING AS MOOT PLAINTIFF LIVE EYEWEAR'S MOTION TO STRIKE** |

In light of this court's order granting Plaintiff Live Eyewear leave to file a second amended complaint, which joins a new Defendant,

IT IS HEREBY ORDERED that all pending pretrial and trial dates are hereby VACATED.

IT IS FURTHER ORDERED that, no later than October 15, 2009, Plaintiffs shall serve on Defendant Anand Khubani a copy of the Second Amended Complaint along with a copy of this order.

IT IS FURTHER ORDERED that the parties shall appear for a further Case Management Conference at 2:00 p.m. on November 17, 2009. The parties shall file a supplemental Joint Case Management Conference Statement no later than November 10, 2009. The parties shall include in their joint statement proposed dates for supplementing all patent disclosures, exchanges, discovery

and briefing, along with proposals for all other pretrial and trial dates.

IT IS FURTHER ORDERED that Plaintiff Live Eyewear's motion to strike (docket no. 111) is DENIED as moot in light of this order. Because the court is allowing Plaintiff Live Eyewear to add a new Defendant, and because that new party has a right to participate in the patent disclosures, exchanges, discovery and briefing, as a matter of fairness the court will allow supplementation of all prior patent disclosures, exchanges, discovery and briefing.

Dated: *10/5/09*

PATRICIA V. TRUMBULL
United States Magistrate Judge