| | |
|---|---|
| Daniel S. Mount (State Bar No. 77517)<br>Daniel Harlan Fingerman (State Bar No. 229683)<br>Mount & Stoelker<br>RiverPark Tower, Suite 1650<br>333 West San Carlos Street<br>San Jose, CA 95110-2711<br>Telephone: 408-279-7000<br>Facsimile: 408-998-1473<br>Email: dmount@mount.com<br>Email: dfingerman@mount.com<br><br>Roger A. Colaizzi (Admitted *Pro hac vice*)<br>James R. Burdett(Admitted *Pro hac vice*)<br>Venable LLP<br>575 7th Street, NW<br>Washington, DC 20004<br>Telephone: 202.344.4000<br>Facsimile: 202.344.8300<br>Email: racolaizzi@venable.com<br>Email: jrburdett@venable.com<br><br>Tamany Vinson Bentz (State Bar No. 258600)<br>Venable, LLP<br>2049 Century Park East, #2100<br>Los Angeles, CA 90067<br>Telephone: 310.229.9900<br>Facsimile: 310.229.9901<br>Email: tbentz@venable.com<br>*Attorneys for Defendant*<br>*IdeaVillage Products Corp.* | David S. Bloch (State Bar No. 184530)<br>Nicole Michelle Norris (State Bar No. 222785)<br>Winston & Strawn, LLP<br>101 California St, Suite 3900<br>San Francisco, CA 94111<br>Telephone: 415-591-1000<br>Facsimile: 415-591-1400<br>Email: dbloch@winston.com<br>Email: nnorris@winston.com<br>*Attorneys for Plaintiff*<br>*Dioptics Medical Products, Inc.*<br><br>Michael D. Young (State Bar No. 120787)<br>Alston & Bird LLP<br>333 South Hope Street<br>Sixteenth Floor<br>Los Angeles, CA 90071<br>Telephone: 213-576-1000<br>Facsimile: 213-576-1100<br>Email: mike.young@alston.com<br><br>Benjamin F. Sidbury (*Pro hac vice*)<br>Theresa Conduah (*Pro hac vice*)<br>ALSTON & BIRD LLP<br>101 South Tryon Street, Suite 4000<br>Charlotte, NC 28280<br>Telephone: 704-444-1000<br>Facsimile: 704-444-1111<br>Email: ben.sidbury@alston.com<br>Email: theresa.conduah@alston.com<br>*Attorneys for Plaintiff*<br>*Live Eyewear, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIOPTICS MEDICAL PRODUCTS, INC. and LIVE EYEWEAR, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>IDEAVILLAGE PRODUCTS CORP., dba HD VISION, and ANAND KHUBANI,<br><br>Defendants. | CASE NO. CV 08-03538 (PVT)<br><br>**JOINT STIPULATION CONCERNING JURISDICTIONAL DISCOVERY AND MOTION TO DISMISS** |

Plaintiff Dioptics Medical Products, Inc. ("Dioptics"), Plaintiff Live Eyewear, Inc. ("Live Eyewear"), Defendant IdeaVillage Products Corp. ("IdeaVillage"), and Defendant Anand Khubani ("Khubani") specially appearing to contest jurisdiction, jointly submit this combined Stipulation concerning the timing for jurisdictional discovery and briefing on Defendant Anand Khubani's motion to dismiss under Rule 12(b)(2) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| October 14, 2009 | Jurisdictional discovery opens; |
| November 16, 2009 | Last Day for Khubani and IdeaVillage to respond to the Second Amended Complaint; |
| January 18, 2010 | Jurisdictional discovery closes; |
| February 1, 2010 | Assuming Khubani files a motion to dismiss pursuant to F.R.C.P. 12(b)(2), last day for Khubani to supplement his motion to dismiss, which shall not exceed 7 pages and is limited to *only* any new evidence uncovered in jurisdictional discovery, and this page limitation applies to the supplemental brief and does not limit appendices or exhibits; |
| February 16, 2010 | Deadline for Plaintiffs to file their opposition to Khubani's motion to dismiss; |
| February 23, 2010 | Deadline for Khubani to file his reply in support of motion to dismiss; and |
| March 2, 2010 | Hearing on Khubani's motion to dismiss. |

Respectfully submitted,

Dated: October 13, 2009

Winston & Strawn, LLP

By: _____/s/_____
David S. Bloch
Attorneys For Plaintiff
Dioptics Medical Products, Inc.

| | | |
|---|---|---|
| 1 | Dated: October 13, 2009 | Alston & Bird LLP |
| 2 | | |
| 3 | | By: _____/s/_____ |
| 4 | | Michael D. Young |
| | | Attorneys for Plaintiff |
| 5 | | Live Eyewear, Inc. |
| 6 | | |
| 7 | Dated: October 13, 2009 | Venable LLP |
| 8 | | |
| 9 | | By: _____/s/_____ |
| 10 | | Roger A. Colaizzi |
| | | Attorneys for Defendant |
| 11 | | IdeaVillage Products Corp. |
| | | and Anand Khubani, specially appearing |
| 12 | | to contest jurisdiction |

**IT IS SO ORDERED.**

Dated: 10/19/09

*Patricia V. Trumbull*
The Hon. Patricia V. Trumbull
United States Magistrate Judge