| | |
|---|---|
| David S. Bloch (State Bar No. 184530) | Daniel S. Mount (State Bar No. 77517) |
| Nicole M. Norris (State Bar No. 222785) | Daniel H. Fingerman (State Bar No. 229683) |
| Winston & Strawn, LLP | Mount & Stoelker |
| 101 California St, Suite 3900 | RiverPark Tower, Suite 1650 |
| San Francisco , CA 94111 | 333 West San Carlos Street |
| Telephone: 415-591-1000 | San Jose, CA 95110-2711 |
| Facsimile: 415-591-1400 | Telephone: 408-279-7000 |
| Email: dbloch@winston.com | Facsimile: 408-998-1473 |
| Email: nnorris@winston.com | Email: dmount@mount.com |
| *Attorneys for Plaintiff* | Email: dfingerman@mount.com |
| *Dioptics Medical Products, Inc.* | |

Roger A. Colaizzi (Admitted *Pro hac vice*)
James R. Burdett(Admitted *Pro hac vice*)
Venable LLP
575 7th Street, NW
Washington, DC 20004
Telephone: 202.344.4000
Facsimile: 202.344.8300
Email: racolaizzi@venable.com
Email: jrburdett@venable.com

Michael D. Young (State Bar No. 120787)
Alston & Bird LLP
333 South Hope Street
Sixteenth Floor
Los Angeles, CA 90071
Telephone: 213-576-1000
Facsimile: 213-576-1100
Email: mike.young@alston.com

Tamany Vinson Bentz (State Bar No. 258600)
Venable, LLP
2049 Century Park East, #2100
Los Angeles, CA 90067
Telephone: 310.229.9900
Facsimile: 310.229.9901
Email: tbentz@venable.com
*Attorneys for Defendants*
*IdeaVillage Products Corp. and*
*Anand Khubani, specially appearing to contest jurisdiction*

Benjamin F. Sidbury (*Pro hac vice*)
Theresa Conduah (*Pro hac vice*)
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, NC 28280
Telephone: 704-444-1000
Facsimile: 704-444-1111
Email: ben.sidbury@alston.com
Email: theresa.conduah@alston.com
*Attorneys for Plaintiff*
*Live Eyewear, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIOPTICS MEDICAL PRODUCTS, INC. and LIVE EYEWEAR, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> IDEAVILLAGE PRODUCTS CORP., dba HD VISION, and ANAND KHUBANI, <br><br> Defendants. | CASE NO. CV 08-03538 (PVT) <br><br> **ORDER ON JOINT STIPULATION TO EXTEND JURISDICTIONAL DISCOVERY; AND CONTINUING HEARING TO MARCH 9, 2010** |

Plaintiff Dioptics Medical Products, Inc., Plaintiff Live Eyewear, Inc., Defendant Ideavillage Products Corp., and specially appearing Defendant Anand Khubani having jointly stipulated to extend the time for jurisdictional discovery and for briefing on Defendant Anand Khubani's motion to dismiss, and in order to accommodate the scheduling of the deposition of Anand Khubani, which deposition currently is scheduled for January 26, 2010, the court hereby orders an extension of the deadline for jurisdictional discovery and the accompanying briefing and hearing dates, as follows:

| Date | Event |
|---|---|
| January 29, 2010 | Jurisdictional discovery closes; |
| February 4, 2010 | Last day for Khubani to supplement his motion to dismiss, which shall not exceed 7 pages and is limited to *only* any new evidence uncovered in jurisdictional discovery, and this page limitation applies to the supplemental brief and does not limit appendices or exhibits; |
| February 19, 2010 | Deadline for Plaintiffs to file their opposition to Khubani's motion to dismiss; |
| February 26, 2010 | Deadline for Khubani to file his reply in support of motion to dismiss; and |
| March 9, 2010 | Hearing on Khubani's motion to dismiss. |

IT IS SO ORDERED.

DATED: *1/22/10*

_____
MAGISTRATE JUDGE PATRICIA V. TRUMBULL