UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIOPTICS MEDICAL PRODUCTS, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>IDEAVILLAGE PRODUCTS CORP., dba HD VISION,<br><br>　　　　　　Defendant. | Case No.: CV 08-03538 PVT<br><br>**ORDER TO SHOW CAUSE WHY COURT SHOULD NOT DEFER RULING ON LIVE EYEWEAR, INC.'S COUNSEL'S MOTION FOR LEAVE TO WITHDRAW UNTIL AFTER HEARING ON ANAND KHUBANI'S MOTION TO DISMISS** |

On June 30, 2010, counsel for Plaintiff Live Eyewear, Inc. filed a motion for leave to withdraw as counsel of record. Based on the motion and the file herein,

IT IS HEREBY ORDERED that, no later than July 13, 2010, counsel for Plaintiff Live Eyewear, Inc. shall file a declaration showing cause why their motion for leave to withdraw as counsel of record should not be deferred until after the hearing on Defendant Anand Khubani's motion to dismiss, which is currently scheduled for July 20, 2010. As a corporation, Plaintiff Live Eyewear, Inc. may only appear at that hearing through counsel. *See* Civil L.R. 3-9(b) ("A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court.") Allowing counsel to withdraw just weeks before the hearing, without a simultaneous substitution of counsel, would likely prejudice Plaintiff Live Eyewear

1 | because it would be unable to appear and defend the motion to dismiss.

2 | Dated: *7/2/10*

*Patricia V. Trumbull*
3 | PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 2*