UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIOPTICS MEDICAL PRODUCTS, INC., et al.,<br><br>         Plaintiffs,<br><br>   v.<br><br>IDEAVILLAGE PRODUCTS CORP., dba HD VISION,<br><br>         Defendant. | Case No.: CV 08-03538 PVT<br><br>**ORDER GRANTING DEFENDANT IDEAVILLIAGE'S UNOPPOSED REQUEST FOR JUDICIAL NOTICE** |

Currently pending before the court is Defendant Ideavillage Products Corp.'s unopposed request for judicial notice. Based on the briefs and arguments presented,

IT IS HEREBY ORDERED that Ideavillage's unopposed request for judicial notice is GRANTED. *See Vitek Systems, Inc. v. Abbott Laboratories*, 675 F.2d 190, 191 n.4 (8th Cir. 1982) (court may take judicial notice of Patent and Trademark Office documents).

Dated: *10/29/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*