David S. Bloch (SBN: 184530)
Andrew P. Bridges (SBN: 122761)
Nicole M. Norris (SBN: 222785)
Winston & Strawn, LLP
101 California St, Suite 3900
San Francisco , CA 94111
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: dbloch@winston.com
Email: abridges@winston.com
Email: nnorris@winston.com

*Attorneys for Plaintiff*
*Dioptics Medical Products, Inc.*

Jay L. Raftery (SBN 264114)
Live Eyewear, Inc.
3490 Broad Street
San Luis Obispo, CA 93401
Telephone: (805) 782-6438
Facsimile: (805) 782-5077
Email: jraftery@liveeyewear.com

*Attorneys for Plaintiff*
*Live Eyewear, Inc.*

Daniel S. Mount (State Bar No. 77517)
Daniel H. Fingerman (State Bar No. 229683)
Mount & Stoelker
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, CA 95110-2711
Telephone: 408-279-7000
Facsimile: 408-998-1473
Email: dmount@mount.com
Email: dfingerman@mount.com

Roger A. Colaizzi (Admitted *Pro hac vice*)
James R. Burdett (Admitted *Pro hac vice*)
Venable LLP
575 7th Street, NW
Washington, DC 20004
Telephone: 202.344.4000
Facsimile: 202.344.8300
Email: racolaizzi@venable.com
Email: jrburdett@venable.com

Tamany V. Bentz (State Bar No. 258600)
Venable, LLP
2049 Century Park East, #2100
Los Angeles, CA 90067
Telephone: 310.229.9900
Facsimile: 310.229.9901
Email: tbentz@venable.com

*Attorneys for Defendants Ideavillage Products Corp. and Anand Khubani*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIOPTICS MEDICAL PRODUCTS, INC. and LIVE EYEWEAR, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>IDEAVILLAGE PRODUCTS CORP., dba HD VISION, and ANAND KHUBANI,<br><br>Defendants. | CASE NO.  CV 08-03538 PSG<br><br>ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO ANSWER AND CONTINUING CASE MANAGEMENT CONFERENCE TO JANUARY 25, 2011 |

1
JOINT STIPULATION TO EXTEND TIME TO ANSWER

SF:297997.2

## STIPULATED EXTENSION OF TIME TO ANSWER

WHEREAS, the parties DIOPTICS MEDICAL PRODUCTS, INC, LIVE EYEWEAR, INC., IDEAVILLAGE PRODUCTS CORP. and ANAND KHUBANI are currently engaged in mutual settlement discussions.  Defendants IDEAVILLAGE PRODUCTS CORP. and ANAND KHUBANI, Plaintiffs DIOPTICS MEDICAL PRODUCTS, INC and LIVE EYEWEAR, INC. have agreed, pursuant to Local Rule 6-1(a), to extend the Defendant's time to Answer the Second Amended Complaint by an additional thirty (30) days;

WHEREAS, the parties recognize the Case Management Conference in this case is currently scheduled for December 14, 2010.  In light of this Stipulation, Plaintiffs and Defendants consent to continue such conference until such time as the court deems appropriate.

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiffs and Defendants, that Defendants' Answer to Plaintiffs' Second Amended Complaint shall be due on or before January 6, 2011.

Respectfully submitted,

Dated: December 6, 2010                **Winston & Strawn, LLP**

By: /s/ Nicole M. Norris
David S. Bloch
Nicole M. Norris
Attorneys For Plaintiff
Dioptics Medical Products, Inc.

Dated: December 6, 2010                **Live Eyewear, Inc.**

By: /s/ Jay Raftery
Jay Raftery
Attorney for Plaintiff
Live Eyewear, Inc.

1 | Dated: December 6, 2010                          **Venable LLP**

                                                     By: /s/ Roger Colaizzi
                                                     _____
                                                     Roger A. Colaizzi
                                                     Tamany V. Bentz
                                                     Attorneys for Defendants
                                                     Ideavillage Products, Corp. and Anand
                                                     Khubani

**IT IS SO ORDERED**.  The Case Managment Conference is continued to 2:00 p.m. on January 25, 2011.

Dated:  *December 7, 2010*                           _____
                                                     The Hon. Paul S. Grewal
                                                     United States Magistrate Judge