UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIOPTICS MEDICAL PRODUCTS, INC. and LIFE EYEWARE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IDEAVILLAGE PRODUCTS CORP., dba HD VISION, and ANAND KHUBANI, <br><br> Defendants. | Case No.: C 08-03538 PSG <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On January 4, 2011, Plaintiffs and Defendants filed a Joint Stipulation to Extend Time to Answer, in which the parties requested a continuance of the case management conference currently scheduled for January 25, 2011.

IT IS HEREBY ORDERED that the case management conference is continued to 2:00 p.m. on February 15, 2011. The parties shall file a Joint Case Management Conference Statement no later than February 8, 2011.

Dated: January 6, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER