UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIOPTICS MEDICAL PRODUCTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> IDEAVILLAGE PRODUCTS CORP., et al., <br><br> Defendants. | Case No.: C 08-03538 PSG <br><br> **CASE MANAGEMENT ORDER** |

On February 15, 2011, the parties appeared before Magistrate Judge Paul S. Grewal for a case management conference. Based on the parties' Joint Case Management Statement and the discussions held at the case management conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Joint Case Management Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the following modifications are made to the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure:

(1) Limit of six depositions per party without prejudice to a motion for relief;

(2) Limit of six subpoenas to third parties per party without prejudice to a motion for relief;

and

(3) Each expert may be deposed for one day without prejudice to a motion for relief.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| | |
|---|---|
| Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions. | February 21, 2011 |
| Deadline for Defendants' Invalidity Contentions... | March 7, 2011 |
| Deadline to exchange terms to be construed.. | March 18, 2011 |
| Deadline to exchange Proposed Claim Constructions... | April 1, 2011 |
| Deadline for Joint Claim Construction and Prehearing Statement.. | April 18, 2011 |
| Deadline for the Close of Claim Construction Discovery.. | May 18, 2011 |
| Deadline for Plaintiffs' Claim Construction Briefs. | June 1, 2011 |
| Deadline for Defendants' Responsive Claim Construction Briefs.. | June 16, 2011 |
| Deadline for Plaintiffs' Reply Claim Construction Briefs.. | June 23, 2011 |
| Deadline for a Claim Construction Hearing. | June 30, 2011 |
| Fact Discovery Cutoff. | July 13, 2011 |
| Designation of Opening Experts with Reports. | July 27, 2011 |
| Designation of Rebuttal Experts with Reports. | August 8, 2011 |
| Expert Discovery Cutoff. | August 22, 2011 |
| Deadline(s) for Filing Discovery Motions. | *See* Civil Local Rule 37-3 |
| Last Day for Dispositive Motion Hearing[1] | 10:00 a.m. on September 22, 2011 |
| Final Pretrial Conference. | 2:00 p.m. on Oct. 4, 2011 |
| Trial | 9:30 a.m. on Oct. 17, 2011 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2] A copy of Judge Grewal's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's Civil Standing Order."

Pretrial Statement, and all other pretrial submissions.

Dated: February 15, 2011

                                                  PAUL S. GREWAL
                                                  United States Magistrate Judge

ORDER, *page 3*