David S. Bloch (SBN: 184530)
Andrew P. Bridges (SBN: 122761)
Nicole M. Norris (SBN: 222785)
Winston & Strawn, LLP
101 California St, Suite 3900
San Francisco, CA 94111
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: dbloch@winston.com
Email: abridges@winston.com
Email: nnorris@winston.com

*Attorneys for Plaintiff*
*Dioptics Medical Products, Inc.*

Daniel S. Mount (State Bar No. 77517)
Daniel H. Fingerman (State Bar No. 229683)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, CA 95110-2711
Telephone: 408-279-7000
Facsimile: 408-998-1473
Email: dmount@mount.com
Email: dfingerman@mount.com

Roger A. Colaizzi (Admitted *Pro hac vice*)
Venable LLP
575 7th Street, NW
Washington, DC 20004
Telephone: 202.344.4000
Facsimile: 202.344.8300
Email: racolaizzi@venable.com

Tamany Vinson Bentz (State Bar No. 258600)
Venable, LLP
2049 Century Park East, #2100
Los Angeles, CA 90067
Telephone: 310.229.9900
Facsimile: 310.229.9901
Email: tbentz@venable.com

*Attorneys for Defendants Ideavillage Products*
*Corp. and Anand Khubani*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIOPTICS MEDICAL PRODUCTS, INC. and LIVE EYEWEAR, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> IDEAVILLAGE PRODUCTS CORP., dba HD VISION, and ANAND KHUBANI, <br><br> Defendants. | CASE NO. CV 08-03538 (PSG) <br><br> JOINT STIPULATION TO EXTEND TIME TO ANSWER AND FILE INVALIDITY CONTENTIONS |

1

JOINT STIPULATION TO EXTEND TIME TO ANSWER AND FILE INVALIDITY CONTENTIONS

WHEREAS, Defendants IDEAVILLAGE PRODUCTS CORP. and ANAND KHUBANI, and Plaintiffs DIOPTICS MEDICAL PRODUCTS, INC and LIVE EYEWEAR previously agreed on November 12, 2010, December 6, 2010, January 4, 2011, and February 5, 2011 to extend Defendants' time to Answer the Second Amended Complaint to allow for settlement discussions between the parties;

WHEREAS, Defendants IDEAVILLAGE PRODUCTS CORP. and ANAND KHUBANI, and Plaintiff DIOPTICS MEDICAL PRODUCTS, INC. have engaged in mutual settlement discussions and are close to finalizing a settlement agreement;

WHEREAS, Defendants IDEAVILLAGE PRODUCTS CORP. and ANAND KHUBANI, and Plaintiff DIOPTICS MEDICAL PRODUCTS, INC. have agreed, pursuant to Local Rule 6-2(a), to extend the Defendants' time to Answer the Second Amended Complaint by an additional thirty (30) days;

WHEREAS, Defendants IDEAVILLAGE PRODUCTS CORP. and ANAND KHUBANI, and Plaintiff DIOPTICS MEDICAL PRODUCTS, INC. have agreed, pursuant to Local Rule 6-2(a), to extend the Defendants' time to file Defendants' Invalidity Contentions by thirty (30) days;

WHEREAS, Defendants IDEAVILLAGE PRODUCTS CORP. and ANAND KHUBANI, and Plaintiff DIOPTICS MEDICAL PRODUCTS, INC. do not expect that the requested extension will have any effect on any other dates or deadlines set for the case.  Defendants IDEAVILLAGE PRODUCTS CORP. and ANAND KHUBANI are not seeking an extension to Answer the Second Amended Complaint as to Plaintiff LIVE EYEWEAR'S claims or to serve Invalidity Contentions with respect to Plaintiff LIVE EYEWEAR'S claims.  Defendants IDEAVILLAGE PRODUCTS CORP. and ANAND KHUBANI will Answer Plaintiff LIVE EYEWEAR'S claims in the Second Amended Complaint and will serve Invalidity Contentions on Plaintiff LIVE EYEWEAR on March 7, 2011 pursuant to the Court's Case Management Order.

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Defendants IDEAVILLAGE PRODUCTS CORP. and ANAND KHUBANI, and Plaintiff DIOPTICS MEDICAL PRODUCTS, INC., that Defendants' Answer to Plaintiff's Second Amended Complaint

and Defendants' Invalidity Contentions shall be due on or before April 6, 2011.

Respectfully submitted,                           **Winston & Strawn, LLP**

Dated: March 7, 2011

By: /s/ Nicole M. Norris
David S. Bloch
Nicole M. Norris
Attorneys For Plaintiff
Dioptics Medical Products, Inc.

Dated: March 7, 2011                              **Venable LLP**

By: /s/ Tamany Vinson Bentz
Roger A. Colaizzi
Tamany Vinson Bentz
Attorneys for Defendants
Ideavillage Products, Corp. and Anand Khubani

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 8, 2011

The Hon. Paul S. Grewal
United States Magistrate Judge

JOINT STIPULATION TO EXTEND TIME TO ANSWER AND FILE INVALIDITY CONTENTIONS

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Joint Stipulation to Extend Time to Answer and File Invalidity Contentions. In compliance with General Order 45.X.B., I hereby attest that the other signatories to this filing have concurred in this filing.

Dated: March 7, 2011

By: /s/ Tamany Vinson Bentz
Attorney for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of March, 2011, a copy of the foregoing **JOINT STIPULATION TO EXTEND TIME TO ANSWER AND FILE INVALIDITY CONTENTIONS** was served electronically via the United States District Court – Northern District of California's CM/ECF electronic system:

David S. Bloch, Esq.
Nicole M. Norris, Esq.
Winston & Strawn, LLP
101 California St, Suite 3900
San Francisco , CA 94111
Telephone: 415-591-1000
Facsimile:  415-591-1400
Email: dbloch@winston.com
Email: nnorris@winston.com
*Attorneys for Plaintiff*
*Dioptics Medical Products, Inc.*

Jay L. Raftery, Esq.
Live Eyewear, Inc.
3490 Broad Street
San Luis Obispo CA 93401
jraftery@liveeyewear.com
*Attorneys for Plaintiff*
*Live Eyewear, Inc.*

Daniel S. Mount, Esq.
Daniel H. Fingerman, Esq.
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, CA 95110-2711
Telephone: 408-279-7000
Facsimile:  408-998-1473
Email: dmount@mount.com
Email: dfingerman@mount.com

/s/ Tamany Vinson Bentz
Tamany Vinson Bentz

5
JOINT STIPULATION TO EXTEND TIME TO ANSWER AND FILE INVALIDITY CONTENTIONS