Roger A. Colaizzi (*pro hac vice*)
Tamany Vinson Bentz (Cal. Bar No. 258600)
Venable LLP
575 7th Street NW
Washington DC  20004-1601
Phone: (202) 344-8051
Fax: (202) 344-8300
Email: racolaizzi@venable.com, tjbentz@venable.com

Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com, dfingerman@mount.com

Counsel for Ideavillage Products Corp.
and Anand Khubani

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| Dioptics Medical Products Inc. and Live Eyewear Inc.<br><br>Plaintiff<br><br>vs.<br><br>Ideavillage Products Corp. d/b/a HD Vision and Anand Khubani<br><br>Defendant | Case No. 5:08-cv-03538-PSG<br><br>**Notice of Substitution of Local Counsel and Order** |

Defendants Ideavillage Products Corp. and Anand Khubani hereby notify the court and all parties of a substitution of local counsel.  Defendants' current local counsel is withdrawing from the case due to a potential conflict of interest.  Defendants' other current counsel, Tamany Vinson Bentz, is admitted to practice in this District and will serve as local counsel going forward.

In accordance with General Order 45.X.B., Daniel H. Fingerman attests that each other signatory listed below has concurred in this filing.

Date: April 4, 2011                    Mount, Spelman & Fingerman, P.C.,
                                                        /s/ Daniel H. Fingerman

Date: April 4, 2011                    Venable LLP,
                                                        /s/ Tamany Vinson Bentz
                                       Counsel for Ideavillage Products Corp.
                                       and Anand Khubani

It is so ordered.  Mount, Spelman & Fingerman, P.C., and its individual attorneys, are permitted to withdraw as counsel of record for Defendants Ideavillage Products Corp. and Anand Khubani.

Date: April 5, 2011_____    _____
                                        Paul S. Grewal, U.S. Magistrate Judge

**Certificate of Service**

The undersigned certifies that the foregoing document was filed using the court's electronic filing system (ECF). The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under to accept that Notice as service of this document.

Date: April 4, 2011                        Mount, Spelman & Fingerman, P.C.,
                                                         /s/ Daniel H. Fingerman
                                           Counsel for Ideavillage Products Corp.
                                           and Anand Khubani

Z:\CLIENTS\I CLIENTS\IDEAV001\Attorney_Notes\Drafts\Notice of Substitution of Local Counsel.doc

Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, California 95110-2740
Telephone (408) 279-7000