| | |
|---|---|
| David S. Bloch (SBN: 184530)<br>Andrew P. Bridges (SBN: 122761)<br>Nicole M. Norris (SBN: 222785)<br>Winston & Strawn, LLP<br>101 California St, Suite 3900<br>San Francisco, CA 94111<br>Telephone: 415-591-1000<br>Facsimile: 415-591-1400<br>Email: dbloch@winston.com<br>Email: abridges@winston.com<br>Email: nnorris@winston.com<br><br>*Attorneys for Plaintiff*<br>*Dioptics Medical Products, Inc.* | Roger A. Colaizzi (Admitted *Pro hac vice*)<br>Venable LLP<br>575 7th Street, NW<br>Washington, DC 20004<br>Telephone: 202.344.4000<br>Facsimile: 202.344.8300<br>Email: racolaizzi@venable.com<br><br>Tamany Vinson Bentz (State Bar No. 258600)<br>Venable LLP<br>2049 Century Park East, #2100<br>Los Angeles, CA 90067<br>Telephone: 310.229.9900<br>Facsimile: 310.229.9901<br>Email: tbentz@venable.com<br><br>*Attorneys for Defendants Ideavillage Products Corp. and Anand Khubani* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIOPTICS MEDICAL PRODUCTS, INC. and LIVE EYEWEAR, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>IDEAVILLAGE PRODUCTS CORP., dba HD VISION, and ANAND KHUBANI,<br><br>Defendants. | CASE NO. CV 08-03538 (PSG)<br><br>NOTICE OF SETTLEMENT AND INTENT TO FILE JOINT DISMISSAL |

THE SETTLING PARTIES HEREBY NOTIFY THE COURT that Defendants IDEAVILLAGE PRODUCTS CORP. and ANAND KHUBANI, and Plaintiff DIOPTICS MEDICAL PRODUCTS, INC. (collectively, the "Settling Parties") have reached an agreement that will settle all claims between them with respect to the above-captioned litigation.

///

---
1
NOTICE OF SETTLEMENT AND INTENT TO FILE JOINT DISMISSAL

The Settling Parties intend to soon finalize their agreement and file a joint stipulation of dismissal with the Court.

Respectfully submitted,   **Winston & Strawn, LLP**

Dated: April 6, 2011

By: /s/ Nicole M. Norris
David S. Bloch
Nicole M. Norris
Attorneys For Plaintiff
Dioptics Medical Products, Inc.

Dated: April 6, 2011   **Venable LLP**

By: /s/ Tamany Vinson Bentz
Roger A. Colaizzi
Tamany Vinson Bentz
Attorneys for Defendants
Ideavillage Products, Corp. and Anand Khubani

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Notice of Settlement and Intent to File Joint Dismissal. In compliance with General Order 45.X.B., I hereby attest that the other signatories to this filing have concurred in this filing.

Dated: April 6, 2011

By: /s/ Tamany Vinson Bentz
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of April, 2011, a copy of the foregoing **NOTICE OF SETTLEMENT AND INTENT TO FILE JOINT DISMISSAL** was served electronically via the United States District Court – Northern District of California's CM/ECF electronic system:

David S. Bloch, Esq.
Nicole M. Norris, Esq.
Winston & Strawn, LLP
101 California St, Suite 3900
San Francisco, CA 94111
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: dbloch@winston.com
Email: nnorris@winston.com
*Attorneys for Plaintiff*
*Dioptics Medical Products, Inc.*

Jay L. Raftery, Esq.
Live Eyewear, Inc.
3490 Broad Street
San Luis Obispo CA 93401
jraftery@liveeyewear.com
*Attorneys for Plaintiff*
*Live Eyewear, Inc.*

　　　　　　　　　　　　　　　　　　/s/ Tamany Vinson Bentz
　　　　　　　　　　　　　　　　　　Tamany Vinson Bentz

---

4
NOTICE OF SETTLEMENT AND INTENT TO FILE JOINT DISMISSAL