1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12
DIOPTICS MEDICAL PRODUCTS, INC., )
et al.,                          )
                                 )
13                               )            Case No.: C 08-3538 PSG
                Plaintiffs,      )
14                               )            **STANDBY ORDER TO SHOW CAUSE**
        v.                       )
15                               )            **(Re: Docket No. 240)**
IDEAVILLAGE PRODUCTS CORP., et   )
16 al.,                          )
                                 )
17              Defendants.      )
                                 )
18 _____)

     The court has been informed that Plaintiff Dioptics Medica Products, Inc. ("Dioptics") and

19

Defendants have settled (collectively the "Settling Parties").

20

     IT IS HEREBY ORDERED that the Settling Parties are required to file a stipulation of

21

dismissal by May 20, 2011.  If a stipulation of dismissal is not filed by that date, the Settling Parties

22

are ordered to appear on May 24, 2011 at 2 p.m. in Courtroom 5, 4th Floor of the San Jose

23

Courthouse and show cause why Dioptics' claims should not be dismissed.

24

     Failure to comply with this Order may result in dismissal of the action pursuant to Federal

25

Rule of Civil Procedure 41(b).

26

Dated: April 8, 2011

27

28

_____
PAUL S. GREWAL
United States Magistrate Judge

Order