Andrew P. Bridges (SBN: 122761)
abridges@winston.com
David Bloch (SBN: 184530)
dbloch@winston.com
Nicole M. Norris (SBN: 222785)
nnorris@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5802
Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400

Attorneys for Plaintiff
DIOPTICS MEDICAL PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE BRANCH

| | |
|---|---|
| DIOPTICS MEDICAL PRODUCTS, INC., a California Corporation, and LIVE EYEWEAR, INC., a California Corporation,<br><br>          Plaintiffs,<br><br>    vs.<br><br>IDEAVILLAGE PRODUCTS CORP., dba HD WRAPAROUNDS, a New Jersey Corporation, and ANAND KHUBANI, an individual,<br><br>          Defendants. | **Case No. CV 08-03538 (PSG)**<br><br>**PLAINTIFF DIOPTICS MEDICAL PRODUCTS, INC. AND DEFENDANTS IDEAVILLAGE PRODUCTS CORP. AND ANAND KHUBANI'S JOINT STIPULATION OF DISMISSAL AND PROPOSED ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between DIOPTICS MEDICAL PRODUCTS, INC., IDEAVILLAGE PRODUCTS CORP., and ANAND KHUBANI (together, "the Parties") – Dioptics having asserted that Ideavillage and Khubani infringed United States Patent Nos. D532,814 and D434,789, violated 15 U.S.C. § 1125, California's BPC § 17200, and California's Unfair Competition/Palming Off laws, and Ideavillage and Khubani having asserted counterclaims of invalidity and non-infringement – pursuant to Rule 41 of the Federal Rules of Civil Procedure that:

1.      All claims asserted *by Dioptics* in Dioptics's Second Amended Complaint, filed in this action on October 6, 2009, including claims by Dioptics for infringement of Nos. D532,814 and D434,789 are dismissed with prejudice, subject to and in accordance with the terms of the confidential Settlement Agreement and Mutual General Release between the Parties.

2.      All affirmative defenses as set forth in Ideavillage's Answer and Counterclaims to Dioptics's July 23, 2008 Complaint and March 17, 2009 First Amended Complaint, asserting, *inter alia*, patent invalidity and non-infringement, are stricken without prejudice, except insofar as those same defenses apply to claims asserted by plaintiff Live Eyewear, Inc., in which case such defenses are waived as to Dioptics but expressly reserved as to Live Eyewear, Inc.

3.      All counterclaims asserted or that could have been asserted by Ideavillage or Mr. Khubani in Ideavillage's Answer and Counterclaims to Dioptics's July 23, 2008 Complaint and March 17, 2009 First Amended Complaint, including but not limited to counterclaims of invalidity and non-infringement *as to claims by Dioptics only*, are dismissed with prejudice, except insofar as those same counterclaims apply to claims asserted by plaintiff Live Eyewear, Inc., in which case such counterclaims are waived as to Dioptics but expressly reserved as to Live Eyewear, Inc.

4.      In addition to the counterclaims asserted in Ideavillage's Answer and Counterclaims to Dioptics's First Amended Complaint, Ideavillage and Khubani covenant not to sue Dioptics for any and all alleged false marking claims, pursuant to and in accordance with the terms of the confidential Settlement Agreement and Mutual General Release between the Parties.

5.      This Joint Stipulation does not in any way affect the rights possessed by or claims asserted by plaintiff Live Eyewear, Inc. against Ideavillage and Khubani, or by Ideavillage and Khubani against Live Eyewear, Inc.

6.      Each Party shall bear its own costs and fees.

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

Dated: April 8, 2011 **Winston & Strawn, LLP**

By: /s/ Nicole M. Norris
　　David S. Bloch
　　Nicole M. Norris
　　Attorneys For Plaintiff
　　Dioptics Medical Products, Inc.

Dated: April 8, 2011 **Venable LLP**

By: /s/ Roger Colaizzi
　　Roger A. Colaizzi
　　Tamany V. Bentz
　　Attorneys for Defendants
　　Ideavillage Products, Corp. and Anand Khubani

**IT IS SO ORDERED.**

Dated:  April 11, 2011　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　The Hon. Paul S. Grewal
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Joint Stipulation of Dismissal and [Proposed] Order. In compliance with General Order 45.X.B., I hereby attest that the other signatories to this filing have concurred in this filing.

Dated: April 8, 2011　　　　　　　　　　By: /s/ Nicole M. Norris
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

SF:303630.2