| | |
|---|---|
| Jay L. Raftery, Jr. (SBN: 264114)<br>Live Eyewear, Inc.<br>3490 Broad Street<br>San Luis Obispo, California 93401<br>Telephone: (805) 782-6438<br>Facsimile: (805) 782-5077<br>*Attorneys for Plaintiff*<br>*Live Eyewear, Inc.* | Roger A. Colaizzi (Admitted *Pro hac vice*)<br>Venable LLP<br>575 7th Street, NW<br>Washington, DC 20004<br>Telephone: 202.344.4000<br>Facsimile: 202.344.8300<br>Email: racolaizzi@venable.com<br><br>Tamany Vinson Bentz (State Bar No. 258600)<br>Venable LLP<br>2049 Century Park East, #2100<br>Los Angeles, CA 90067<br>Telephone: 310.229.9900<br>Facsimile: 310.229.9901<br>Email: tbentz@venable.com<br><br>*Attorneys for Defendants Ideavillage Products Corp. and Anand Khubani* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVE EYEWEAR, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>IDEAVILLAGE PRODUCTS CORP., dba HD VISION, and ANAND KHUBANI,<br><br>Defendants. | CASE NO. CV 08-03538 (PSG)<br><br>ORDER REGARDING<br>JOINT STIPULATION TO CONTINUE HEARING DATES SCHEDULED FOR PLAINTIFF LIVE EYEWEAR'S MOTION TO DISMISS AND MOTION TO BIFURCATE |

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Defendants IDEAVILLAGE PRODUCTS CORP. and ANAND KHUBANI ("Defendants"), and Plaintiff LIVE EYEWEAR, INC. ("Plaintiff"), that the hearing date scheduled for Plaintiff's Motion to Dismiss Counterclaim Three (ECF No. 235) and Motion to Bifurcate Counterclaim Three (ECF No. 237) shall be continued until May 24, 2011, so that it can be consolidated with the hearing date for

1 | Plaintiff's Motion For Leave to Depose Anand Khubani (ECF No. 244), currently scheduled for the
2 | same date. Based on this continuance, the parties agree and understand that pursuant to Local Rule
3 | 7-3 Defendant Ideavillage's opposition brief responding to Plaintiff's Motion to Dismiss and Motion
4 | to Bifurcate will now be due May 3, 2011, and Plaintiff's reply brief will now be due May 10, 2011.
5 | The parties further agree and understand that this stipulation will not affect the briefing schedule for
6 | Plaintiff's Motion for Leave to Depose Anand Khubani, for which Defendants' opposition brief will
7 | remain due May 3, 2011, and Plaintiff's reply brief will remain due May 10, 2011.

Respectfully submitted,

Dated: April 18, 2011

By: /s/ Jay L. Raftery, Jr.
Jay L. Raftery, Jr.
Attorney For Plaintiff
Live Eyewear, Inc.

Dated: April 18, 2011

**Venable LLP**

By: /s/ Tamany Vinson Bentz
Roger A. Colaizzi
Tamany Vinson Bentz
Attorneys for Defendants
Ideavillage Products, Corp. and Anand Khubani

Dated: April 19, 2011

_Paul S. Grewal_
PAUL S. GREWAL
United States Magistrate Judge

2
JOINT STIPULATION TO CONTINUE HEARING DATES SCHEDULED FOR PLAINTIFF LIVE EYEWEAR'S
MOTION TO DISMISS AND MOTION TO BIFURCATE

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Joint Stipulation to Continue Hearing Dates Scheduled for Plaintiff Live Eyewear's Motion to Dismiss and Motion to Bifurcate. In compliance with General Order 45.X.B., I hereby attest that the other signatories to this filing have concurred in this filing.

Dated: April 18, 2011

By: /s/ Tamany Vinson Bentz
Attorney for Defendants

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of April, 2011, a copy of the foregoing **JOINT STIPULATION TO CONTINUE HEARING DATES SCHEDULED FOR PLAINTIFF LIVE EYEWEAR'S MOTION TO DISMISS AND MOTION TO BIFURCATE** was served electronically via the United States District Court – Northern District of California's CM/ECF electronic system:

Jay L. Raftery, Esq.
Live Eyewear, Inc.
3490 Broad Street
San Luis Obispo CA 93401
jraftery@liveeyewear.com
*Attorney for Plaintiff*
*Live Eyewear, Inc.*


　　　　　　　　　　　　　　　/s/ Tamany Vinson Bentz
　　　　　　　　　　　　　　　Tamany Vinson Bentz