Jay L. Raftery, Jr. (State Bar No. 264114)
**LIVE EYEWEAR, INC.**.
3490 Broad Street
San Luis Obispo, California 93401
Telephone: (805) 782-6438
Facsimile: (805) 782-5077
Email: jraftery@liveeyewear.com
*Attorney for Plaintiff Live Eyewear, Inc.*

Roger A. Colaizzi (Admitted pro hac vice)
Venable LLP
575 7th Street, NW
Washington, DC 20004
Telephone: (202) 344-4000
Facsimile (202) 344-8300
Email: racolaizzi@venable.com

Tamany V. Bentz (State Bar No. 258600)
Venable LLP
575 7th Street, NW
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile (310) 229-9901
Email: tbentz@venable.com

*Attorneys for Defendants Ideavillage Products Corp. and Anand Khubani*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE BRANCH**

| | |
|---|---|
| LIVE EYEWEAR, INC., <br><br> Plaintiff, <br><br> vs. <br><br> IDEAVILLAGE PRODUCTS CORP., dba HD VISION, and ANAND KHUBANI, <br><br> Defendants. | CASE NO.  CV 08-03538 (PSG) <br> **ORDER AND** <br> **JOINT STIPULATION REQUESTING AN ORDER TO SHORTEN TIME** <br> **[Proposed Order Modified by the Court]** <br> Judge:    Honorable Paul S. Grewal |

Pursuant to Civil Local Rule 6-2, Plaintiff Live Eyewear, Inc., Defendant Ideavillage Products Corp., and Defendant Anand Khubani jointly submit this Joint Stipulation Requesting an Order to Shorten Time to hear *Live Eyewear's Motion for Issuance of a Letter of Request Pursuant to the Hague Convention* ("**Motion for Letter of Request**").  Live Eyewear filed the Motion for Letter of Request on Thursday, April 21, 2011.  The earliest date for the hearing on the Motion for Letter of Request falls on May 31, 2011.  This Court is already scheduled to conduct a hearing on several other motions the week prior, on May 24, 2011.  It would be in the interest of judicial economy to hear the Motion for Letter of Request concurrent with the other motions pending before the Court.  Moreover, Defendants will not be prejudiced by the shortened time frame.

The parties respectfully request that this Court grant this Motion to Shorten Time and enter an order adjusting the hearing and briefing schedule as follows:

| | |
|---|---|
| May 13, 2011 | Deadline for Defendants to file their opposition to Plaintiff's Motion for Letter of Request; |
| May 17, 2011 | Deadline for Plaintiff to file its reply in support of its Motion for Letter of Request; |
| May 24, 2011 | Hearing on Motion for Letter of Request. |

Respectfully submitted,

Dated: April 29, 2011                                Live Eyewear, Inc.

                                                     By:  /s/ Jay L. Raftery, Jr.
                                                         *Attorney for Plaintiff Live Eyewear, Inc.*

Dated:  April 29, 2011                               Venable LLP

                                                     By:  /s/ Tamany V. Bentz
                                                         *Attorney for Defendants
                                                         Ideavillage Products Corp. and
                                                         Anand Khubani*

IT IS HEREBY ORDERED that the motion will be heard on May 24, 2011.  The stipulation, however, does not adjust the briefing schedule according to this new hearing date.  Any opposition must be filed no later than May 6, 2011.  Any reply must be filed no later than May 10, 2011.

Dated: May 2, 2011                                   [signature]
                                                     The Honorable Paul S. Grewal
                                                     United States Magistrate Judge

- 3 -
Joint Stipulation Requesting an Order to Shorten Time;
Case No. 08-CV-03538 (PSG)

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Joint Stipulation Requesting An Order To Shorten Time.  In compliance with General Order 45.X.B., I hereby attest that the other signatories to this filing have concurred in this filing.

Dated: April 29, 2011						Live Eyewear, Inc.

								By:  /s/ Jay L. Raftery, Jr.
								     *Attorney for Plaintiff Live Eyewear, Inc.*