UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIVE EYEWEAR, INC., | Case No.: 05-CV-1480-PSG |
| Plaintiff, | **ORDER VACATING HEARING** |
| v. | |
| IDEAVILLAGE PRODUCTS CORP., ET AL., | |
| Defendant. | |

Pursuant to Civ. L.R. 7-1(b), the pending motion for issuance of a letter of request pursuant to the Hague Convention (Docket No. 260) may be determined without oral argument. Accordingly, the May 24, 2011 hearing on this motion is vacated.

Dated: May 11, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 08-3538
ORDER