1  Jay L. Raftery, Jr. (State Bar No. 264114)
   General Counsel,
2  Live Eyewear, Inc.
   3490 Broad Street
3  San Luis Obispo, California 93401
   Telephone: (805) 782-6438
4  Facsimile: (805) 782-5077
   Email: JRaftery@liveeyewear.com

5
   *Attorney for Plaintiff*
6  *Live Eyewear, Inc.*

7

8

Roger A. Colaizzi (Admitted *Pro hac vice*)
Venable LLP
575 7th Street, NW
Washington, DC 20004
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
Email: racolaizzi@venable.com

Tamany Vinson Bentz (State Bar No. 258600)
Venable, LLP
2049 Century Park East, #2100
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901
Email:  tbentz@venable.com

*Attorneys for Defendants Ideavillage Products*
*Corp. and Anand Khubani*

9

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

13   LIVE EYEWEAR, INC.,

14          Plaintiff and Counter-Defendant,

15          vs.

16   IDEAVILLAGE PRODUCTS CORP.,
     dba HD VISION, and ANAND
17   KHUBANI,

18

19          Defendants and Counter-Plaintiffs.

20

CASE NO. CV 08-03538 (PSG)

JOINT STIPULATION TO CONTINUE THE
COURT'S FEBRUARY 15, 2011 CASE
MANAGEMENT ORDER

21

22          WHEREAS, Plaintiff LIVE EYEWEAR, INC. and Defendants IDEAVILLAGE

23   PRODUCTS CORP. and ANAND KHUBANI have agreed that the schedule contained in the

24   Court's February 15, 2011 Case Management Order (ECF 222) should be continued until after the

25   Court rules on the four pending motions ("Pending Motions").[1]  Three of the Pending Motions

26   _____

27   [1] The currently pending motions are (1) Live Eyewear's Motion to Dismiss Ideavillage's Counterclaim Three (ECF 235);
     (2) Live Eyewear's Motion to Bifurcate Ideavillage's Counterclaim Three (ECF 237); (3) Live Eyewear's Motion for

     *(Footnote continued)*

28

1

1 scheduled for oral argument on June 28, 2011, at 10:00 a.m., before the Hon. Paul S. Grewal, and the

2 fourth Pending Motion was taken under submission by the Court.  The parties agree that the Court's

3 ruling on the Pending Motions may affect a number of claims in this case and, consequently,

4 drastically affect the schedule;

5 WHEREAS, Plaintiff LIVE EYEWEAR, INC. and Defendants IDEAVILLAGE

6 PRODUCTS CORP. and ANAND KHUBANI continue to engage in amicable settlement

7 discussions in a joint effort to finalize terms of a settlement agreement that would result in the

8 dismissal of this litigation.  The parties believe that it would promote the interests of efficiency and

9 judicial economy if the currently scheduled dates were continued to allow the parties an opportunity

10 to finalize settlement without further litigation;

11 WHEREAS, Plaintiff LIVE EYEWEAR, INC. has not before asked the Court to continue the

12 deadlines in the Court's February 15, 2011 Case Management Order (ECF 222).  Defendants

13 IDEAVILLAGE PRODUCTS CORP. and ANAND KHUBANI have only requested that the Court

14 continue deadlines in the Court's February 15, 2011 Case Management Order (ECF 222) with

15 respect to deadlines that applied to Dioptics Medical Products Inc.  (ECF 225).  Defendants

16 IDEAVILLAGE PRODUCTS CORP. and ANAND KHUBANI have settled with Dioptics Medical

17 Products, Inc. and its claims were dismissed on April 11, 2011 (ECF 243).

18 IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiff

19 LIVE EYEWEAR, INC. and Defendants IDEAVILLAGE PRODUCTS CORP. and ANAND

20 KHUBANI that the schedule contained in the Court's February 15, 2011 Case Management Order

21 (ECF 222) should be continued until after the Court rules on the Pending Motions.

22 IT IS HEREBY FURTHER STIPULATED AND AGREED by and between the attorneys for

23 Plaintiff LIVE EYEWEAR, INC. and Defendants IDEAVILLAGE PRODUCTS CORP. and

24 ANAND KHUBANI that the parties will submit a joint proposed case management schedule to the

25 Court seven (7) days after the Court rules on the Pending Motions.

26

27 Leave to Re-Depose Anand Khubani (ECF 244); and (4) Plaintiff Live Eyewear's Unopposed Motion for Issuance of Letter of Request to Depose a Foreign Third-Party (ECF 260).

28

1

2  Respectfully submitted,

3  Dated: June 16, 2011

4                                              By: /s/ Jay L. Raftery, Jr.
                                                    Jay L. Raftery, Jr.
5                                                   Attorney for Plaintiff
                                                    Live Eyewear, Inc.
6
7  Dated: June 16, 2011                        **Venable LLP**

8                                              By: /s/ Tamany Vinson Bentz
9                                                   Roger A. Colaizzi
                                                    Tamany Vinson  Bentz
10                                                  Attorneys for Defendants
                                                    Ideavillage Products, Corp. and Anand
11                                                  Khubani

12             **PURSUANT TO STIPULATION, IT IS SO ORDERED.** The trial
13  date, however, shall remain unchanged.  See Civ. L.R. 40-1 ("No
     continuance of a scheduled trial date will be granted except by
14  Dated: June 17, 2011
15                                                  The Hon. Paul S. Grewal
                                                    United States Magistrate Judge
16  order of the Court issued in response to a motion made in accordance
17  with the provisions of Civil L.R. 7.").

18

19

20

21

22

23

24

25

26

27

28

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing **Joint Stipulation to Continue the Court's February 15, 2011 Case Management Order**.  In compliance with General Order 45.X.B., I hereby attest that the other signatories to this filing have concurred in this filing.


Dated: June 16, 2011

By:  /s/ Jay L. Raftery
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of June, 2011, a copy of the foregoing **JOINT STIPULATION TO CONTINUE THE COURT'S FEBRUARY 15, 2011 CASE MANAGEMENT ORDER** was served electronically via the United States District Court – Northern District of California's CM/ECF electronic system:

Roger A. Colaizzi (Admitted *Pro hac vice*)
Venable LLP
575 7th Street, NW
Washington, DC 20004
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
Email: racolaizzi@venable.com

Tamany Vinson Bentz (State Bar No. 258600)
Venable, LLP
2049 Century Park East, #2100
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901
Email:  tbentz@venable.com

*Attorneys for Defendants Ideavillage Products Corp. and Anand Khubani*

By:  /s/ Jay L. Raftery
Attorney for Plaintiff