*IT IS SO ORDERED*
Paul S. Grewal
Judge Paul S. Grewal

Jay L. Raftery, Jr. (State Bar No. 264114)
General Counsel,
Live Eyewear, Inc.
3490 Broad Street
San Luis Obispo, California 93401
Telephone: (805) 782-6438
Facsimile: (805) 782-5077
Email: JRaftery@liveeyewear.com

*Attorney for Plaintiff*
*Live Eyewear, Inc.*

Roger A. Colaizzi (Admitted *Pro Hac Vice*)
Venable LLP
575 7th Street, NW
Washington, DC 20004
Telephone: (202) 344-8051
Facsimile: (202) 344-8300
Email: racolaizzi@venable.com

Tamany Vinson Bentz (State Bar No. 258600)
Venable LLP
2049 Century Park East, #2100
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901
Email: tjbentz@venable.com

*Attorneys for Defendants Ideavillage Products*
*Corp. and Anand Khubani*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVE EYEWEAR, INC., <br><br> Plaintiff, <br><br> vs. <br><br> IDEAVILLAGE PRODUCTS CORP., dba HD VISION, and ANAND KHUBANI, <br><br> Defendants. | CASE NO. CV 08-03538 (PSG) <br><br> NOTICE OF SETTLEMENT AND INTENT TO FILE JOINT DISMISSAL; [~~PROPOSED~~] ORDER VACATING HEARING |

THE SETTLING PARTIES HEREBY NOTIFY THE COURT that Defendants IDEAVILLAGE PRODUCTS CORP. and ANAND KHUBANI, and Plaintiff LIVE EYEWEAR, INC. (collectively, the "Settling Parties") have reached an agreement that will settle all claims between them with respect to the above-captioned litigation. Accordingly, the Settling Parties respectfully request that the Court vacate the motion hearing scheduled for June 28, 2011. (*See* Dkt. 269.)

The Settling Parties intend to soon file a joint stipulation of dismissal with the Court.

Respectfully submitted,

Dated: June 27, 2011

By: /s/ Jay L. Raftery, Jr.
Jay L. Raftery, Jr.
Attorney For Plaintiff
Live Eyewear, Inc.

Dated: June 27, 2011                **Venable LLP**

By: /s/ Tamany Vinson Bentz
Roger A. Colaizzi
Tamany Vinson Bentz
Attorneys for Defendants
Ideavillage Products, Corp. and Anand Khubani

Pursuant to the Settling Parties' Notice of Settlement, the motion hearing scheduled for June 28, 2011, to consider Plaintiff Live Eyewear's Motion to Dismiss Ideavillage's Counterclaim Three (Dkt. 235), Plaintiff Live Eyewear's Motion to Depose Anand Khubani (Dkt. 244), and Plaintiff Live Eyewear's Motion to Bifurcate (Dkt. 237) is hereby VACATED.

Dated: June 27, 2011

The Hon. Paul S. Grewal
United States Magistrate Judge

2
NOTICE OF SETTLEMENT AND INTENT TO FILE JOINT DISMISSAL

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Notice of Settlement and Intent to File Joint Dismissal. In compliance with General Order 45.X.B., I hereby attest that the other signatories to this filing have concurred in this filing.

Dated: June 27, 2011

By: /s/ Tamany Vinson Bentz
Attorney for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of June, 2011, a copy of the foregoing **NOTICE OF SETTLEMENT AND INTENT TO FILE JOINT DISMISSAL; [PROPOSED] ORDER VACATING HEARING** was served electronically via the United States District Court – Northern District of California's CM/ECF electronic system:

Jay L. Raftery, Jr. Esq.
Live Eyewear, Inc.
3490 Broad Street
San Luis Obispo CA 93401
jraftery@liveeyewear.com

*Attorney for Plaintiff*
*Live Eyewear, Inc.*

　　　　　　　　　　　　　　　　　　　/s/  Tamany Vinson Bentz
　　　　　　　　　　　　　　　　　　Tamany Vinson Bentz