UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| LIVE EYEWEAR, INC., | ) | Case No.: C 08-3538 PSG |
| Plaintiff, | ) ) | **STANDBY ORDER TO SHOW** |
| v. | ) | **CAUSE** |
| IDEAVILLAGE PRODUCTS CORP., ET AL., | ) ) | **(Re: Docket No. 278)** |
| Defendants. | ) ) | |

The court has been informed that Plaintiff Live Eyewear, Inc. and Defendants Ideavillage Products Corp. and Anand Khubani (collectively the "Settling Parties") have reached a settlement agreement.

IT IS HEREBY ORDERED that the Settling Parties are required to file a stipulation of dismissal by July 27, 2011.  If a stipulation of dismissal is not filed by that date, the Settling Parties shall appear on August 2, 2011 at 2 p.m. in Courtroom 5, 4th Floor of the San Jose Courthouse to show cause why this case should not be dismissed.

Failure to comply with this order may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: June 29, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 08-3538
ORDER