Jay L. Raftery, Jr. (State Bar No. 264114)
General Counsel,
Live Eyewear, Inc.
3490 Broad Street
San Luis Obispo, California 93401
Telephone: (805) 782-6438
Facsimile: (805) 782-5077
Email: JRaftery@liveeyewear.com

*Attorney for Plaintiff*
*Live Eyewear, Inc.*

Roger A. Colaizzi (Admitted *Pro hac vice*)
Venable LLP
575 7th Street, NW
Washington, DC 20004
Telephone: (202) 344-8051
Facsimile: (202) 344-8300
Email: racolaizzi@venable.com

Tamany Vinson Bentz (State Bar No. 258600)
Venable LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901
Email: tjbentz@venable.com

*Attorneys for Defendants Ideavillage Products Corp. and Anand Khubani*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVE EYEWEAR, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>IDEAVILLAGE PRODUCTS CORP., dba HD VISION, and ANAND KHUBANI,<br><br>Defendants. | CASE NO. CV 08-03538 (PSG)<br><br>PLAINTIFF LIVE EYEWEAR, INC. AND DEFENDANTS IDEAVILLAGE PRODUCTS CORP. AND ANAND KHUBANI'S JOINT STIPULATION OF DISMISSAL AND ~~PROPOSED~~ ORDER |

1

PLAINTIFF LIVE EYEWEAR, INC. AND DEFENDANTS IDEAVILLAGE PRODUCTS CORP. AND ANAND KHUBANI'S JOINT STIPULATION OF DISMISSAL AND ~~PROPOSED~~ ORDER

1  IT IS HEREBY STIPULATED AND AGREED by and between LIVE EYEWEAR, INC.,
2  IDEAVILLAGE PRODUCTS CORP., and ANAND KHUBANI (together, the "Parties")—Live
3  Eyewear having asserted that Ideavillage and Khubani infringed United States Patent Nos. D434,789
4  and D532,814, and violated 15 U.S.C. § 1125, California's BPC § 17200, and California's Unfair
5  Competition/Passing Off laws, and Ideavillage and Khubani having asserted counterclaims of
6  invalidity, non-infringement, and false patent marking—pursuant to Rule 41 of the Federal Rules of
7  Civil Procedure that:

8  1. All claims asserted or that could have been asserted by Live Eyewear in Live Eyewear's Second Amended Complaint, filed in this action on October 6, 2009, including claims by Live Eyewear for infringement of United States Patent Nos. D434,789 and D532,814, and for violations of 15 U.S.C. § 1125, California's BPC § 17200, and California's Unfair Competition/Passing Off laws, are dismissed with prejudice, subject to and in accordance with the terms of the confidential Settlement Agreement and Mutual General Release between the Parties.

2. All counterclaims asserted or that could have been asserted by Ideavillage or Mr. Khubani against Live Eyewear in Ideavillage's Answer and Counterclaims to Dioptics's July 23, 2008 Complaint, Dioptics's and Live Eyewear's February 20, 2009 First Amended Complaint, and Dioptics's and Live Eyewear's October 6, 2009 Second Amended Complaint, including all counterclaims by Ideavillage for invalidity, non-infringement, and false patent marking, are dismissed with prejudice as against Ideavillage, subject to and in accordance with the terms of the confidential Settlement Agreement and Mutual General Release between the Parties.

3. All affirmative defenses put forth in Ideavillage's and/or Mr. Khubani's Answers to Dioptics's July 23, 2008 Complaint, Dioptics's and Live Eyewear's February 20, 2009 First Amended Complaint, and Dioptics's and Live Eyewear's October 6, 2009 Second Amended Complaint asserting, *inter alia*, patent invalidity and non-infringement, are stricken without prejudice.

4. All affirmative defenses put forth in Live Eyewear's Answer to Ideavillage's March 17, 2009 Counterclaims and March 7, 2011 Counterclaims asserting, *inter alia*, failure to state a

claim and waiver, are stricken without prejudice.

5. Each Party shall bear its own costs and fees.

Respectfully submitted,

Dated: July 14, 2011

        By:  /s/ Jay J. Raftery, Jr.
             Jay L. Raftery, Jr.
             Attorney For Plaintiff
             Live Eyewear, Inc.

Dated: July 14, 2011        **Venable LLP**

        By:  /s/ Roger A. Colaizzi
             Roger A. Colaizzi
             Tamany Vinson Bentz
             Attorneys for Defendants
             Ideavillage Products, Corp. and Anand Khubani

**IT IS SO ORDERED.**

Dated: July 26, 2011

        /s/ Paul S. Grewal
        The Hon. Paul S. Grewal
        United States Magistrate Judge

3

PLAINTIFF LIVE EYEWEAR, INC. AND DEFENDANTS IDEAVILLAGE PRODUCTS CORP.
AND ANAND KHUBANI'S JOINT STIPULATION OF DISMISSAL AND PROPOSED ORDER

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file Plaintiff Live Eyewear, Inc. and Defendants Ideavillage Products Corp. and Anand Khubani's Joint Stipulation of Dismissal and Proposed Order. In compliance with General Order 45.X.B., I hereby attest that the other signatories to this filing have concurred in this filing.

Dated: July 14, 2011

By: /s/ Tamany Vinson Bentz<br>Attorney for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of July, 2011, a copy of the foregoing **PLAINTIFF LIVE EYEWEAR, INC. AND DEFENDANTS IDEAVILLAGE PRODUCTS CORP. AND ANAND KHUBANI'S JOINT STIPULATION OF DISMISSAL AND PROPOSED ORDER** was served electronically via the United States District Court – Northern District of California's CM/ECF electronic system:

Jay L. Raftery, Jr. Esq.
Live Eyewear, Inc.
3490 Broad Street
San Luis Obispo CA 93401
jraftery@liveeyewear.com

*Attorney for Plaintiff*
*Live Eyewear, Inc.*

      /s/ Tamany Vinson Bentz
Tamany Vinson Bentz